B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Apollo Beach Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**59-3732613** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2201 Lone Plam Dr.**<br>**Wimauma, FL**<br>ZIP Code **33598** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **NEED ADDRESS** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Apollo Beach Enterprises, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **James R. Smith** | Case Number: | Date Filed: |
|---|---|---|
| District: **Middle District of Florida** | Relationship: **Owner** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)  Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Apollo Beach Enterprises, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Bernard J. Morse 462251**
Printed Name of Attorney for Debtor(s)

**Morse & Gomez, P.A.**
Firm Name

**11268 Winthrop Main Street
Suite 102
Riverview, FL 33578**
Address

Email: bmorse@morsegomez.com
**813-341-8400  Fax: 813-463-1807**
Telephone Number

9-28-09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**James R. Smith**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Middle District of Florida

In re   **Apollo Beach Enterprises, Inc.**

Debtor(s)

Case No.   _____

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   4/28/09

X   /s/ James R. Smith

James R. Smith/President
Signer/Title

| | | |
|---|---|---|
| Apollo Beach Enterprises, Inc.<br>2201 Lone Plam Dr.<br>Wimauma, FL 33598 | Alex Chouri<br>8616 Sandy Plains Dr.<br>Riverview, FL 33569 | Arthur A. Schleman<br>Plumbing Co., Inc.<br>14929 Nebraska Ave.<br>Tampa, FL 33613 |
| Bernard J. Morse<br>Morse & Gomez, P.A.<br>11268 Winthrop Main Street<br>Suite 102<br>Riverview, FL 33578 | Alex Insulation, Inc.<br>1014 W. Baker St.<br>Apt. B<br>Plant City, FL 33563 | Arthur A. Schleman<br>Plumbing Co., Inc.<br>P.O. Box 17213<br>Tampa, FL 33682 |
| Able Body Labor<br>P.O. Box 30532<br>Tampa, FL 33630 | Alto Construction<br>c/o F. Lorraine Jahn Esq.<br>311 N. Newport AVe.<br>Tampa, FL 33606 | Bank of America<br>Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 |
| Acme Barricades<br>8207 Causeway Blvd.<br>Tampa, FL 33619 | Alto Construction Co., Inc.<br>4102 Causeway Blvd.<br>Tampa, FL 33619 | Bay Insurors Corporation<br>P.O. Box 7710<br>Wesley Chapel, FL 33545 |
| Acme Barricades<br>Attn: Accounts Receivable<br>9800 Normandy Blvd.<br>Jacksonville, FL 32221-2036 | AMC Industries<br>c/o Abram, Edwards & York<br>1315 Main Ave.<br>#217<br>Durango, CO 81301 | Bennett Surveying & Mapping,<br>493 SE NOme Dr.<br>Port Saint Lucie, FL 34984 |
| Advanced Aluminum<br>P.O. Box 5075<br>Lakeland, FL 33807 | AMC Industries<br>8408 Temple Terrace Hwy.<br>Tampa, FL 33637 | Bill & Robin Riddle<br>5700 Granite Parkway<br>#350<br>Plano, TX 75024 |
| Agler Tile & Carpet, Inc.<br>1800 SE Village Green Drive<br>Port Saint Lucie, FL 34952 | AMSCOT Corporation<br>Dept C<br>P.O. Box 25137<br>Tampa, FL 33622 | Blanton Glass Systems, Inc.<br>P.O. Box 260755<br>Tampa, FL 33685-0755 |
| Air Control Services, Inc.<br>P.O. Box 146<br>Mango, FL 33550 | APAC-Southeast, Inc.<br>4636 Scarborough Dr.<br>Lutz, FL 33559 | Blanton Glass Systems, Inc.<br>7552 W. Hillsborough Ave.<br>Tampa, FL 33634 |
| Alejandro Barrera<br>1014 B West Baker St.<br>Plant City, FL 33563 | Armour Tight Concrete, LLC<br>7405 28th Street Court E<br>Sarasota, FL 34243 | Brown & Brown Insurance<br>P.O. Box 660<br>Clearwater, FL 33757-2456 |

Bull's Express
c/o John F. Panzarella, Esq.
6943 E. Fowler Ave.
Tampa, FL 33617

Bull's Express, Inc.
2928 E. Fowler Ave.
Tampa, FL 33612

C & L Technologies
1702 SE Village Green Dr.
Port Saint Lucie, FL 34952

CAPCO, Inc.
1320 E. 9th Avenue
Tampa, FL 33605

Carol Caito
815 Golf Island Dr.
Apollo Beach, FL 33572

Cemex Construction Materials
P.O. Box 1500
Houston, TX 77251

Central Florida
Environmental Services
11227 McMullen Rd.
Riverview, FL 33569

Certified Thermographic Serv
P.O. Box 60218
Palm Bay, FL 32905

Choice Environmental Service
2306 Kings Way
Fort Pierce, FL 34945

Clearwater Underwriters, Inc
50 S. Belcher Rd.
Suite 101
Clearwater, FL 33765

Clinton Barker
Land Development
199 Dixieland Dr.
Fort Pierce, FL 34982

Clinton Barker Land Develop
c/o Paul R. Amos, Esq.
P.O. Box 644375
Vero Beach, FL 32964

CMC Construction Services
f/k/a CMC Conrete-Shepler's
One Eldridge Place, Ste 5
777 N. Eldridge Pkwy
Houston, TX 77079

Coast to Coast Builders
of Florida, Inc.
4835 50th Drive
Vero Beach, FL 32967

Coastal Integrated Systems
1269-3 McGregor Blvd.
3
Fort Myers, FL 33919

Colonial Bank, N.A.
Bay Area Region
350 East Bay Drive
Largo, FL 33770

Commercial Plumbing, Inc.
1632 SE Niemeyer Circle
Port Saint Lucie, FL 34952

Consolidated Electric Dist
14499 N. Dale Mabry Hwy.
Suite 140 S
Tampa, FL 33618

Creative Convenience Corp
815 Golf Island Dr.
Apollo Beach, FL 33572

Custom Contractors, L.L.C.
c/o Timothy J. Murphy, Esq.
1555 Palm Beach Lakes Blvd.
Suite 1600
West Palm Beach, FL 33401

Cypress Creek Landscape Supp
19091 N. Dale Mabry Highway
Lutz, FL 33548

DHL
c/o NCO Financial
1804 Washington Blvd.
Dept. 750
Baltimore, MD 21230

DHL
c/o McCarthy, Burgess & Wolf
26000 Cannon Rd.
Bedford, OH 44146

Douglas Electric
36425 Covington Rd.
Dade City, FL 33525

Dresser Wayne
3814 Jarrett Way
Austin, TX 78728

Easter Creek Construction
215 Commerce Rd.
McCall, ID 83637

ECS LLC
14026 Thunderbolt Pl.
Suite 600
Chantilly, VA 20151

Empire Equipment Company
d/b/a C Store Specialists
John F. Bradley, P.A.
15 N.E. 13th Avenue
Fort Lauderdale, FL 33301

EP3 Inc.
531 N. Virginia Ave.
Winter Park, FL 32789

Fadi and Martha Moubarak
c/o John F. Panzarella Esq.
6943 E. Fowler Ave.
Tampa, FL 33617

Fadi Moubarak
16103 Cadbury Ct.
Tampa, FL 33647

Faith Plastering & Stucco
8516 Riverview Dr.
Riverview, FL 33578

Fashion, Inc.
d/b/a Steeltec
1019 North Street
P.O. Box 1050
Ottawa, KS 66067

Fashion, Inc. d/b/a Steeltec
c/o Jason J. Quintero, Esq.
Carlton Fields
P.O. Box 3239
Tampa, FL 33601

Ferguson Waterworks
12500 Jefferson Ave.
Newport News, VA 23602

Florida Petroleum Services
2078 S. Orange Blossom Trail
Apopka, FL 32703

Gas Wick Inc.
Joseph Capitano
1320 E. 9th Avenue
Tampa, FL 33605

GTE Federal Credit Union
P.O. Box 172599
Tampa, FL 33672

Guardian Fueling Technologie
c/o Gary L. Wilkinson, Esq.
1301 Riverplace Blvd.
Suite 1818
Jacksonville, FL 32207

Gulf Coast Underwriters
11073 Countryway Blvd.
Tampa, FL 33626

Highland Homes of Sebastian
Roofing Division
1166 Persian Land
Sebastian, FL 32958

Hy-Tech Petroleum
Maintenance, Inc.
3301 State Road 574 West
Plant City, FL 33563

Hydro Designs, Inc.
P.O. Box 3535
Riverview, FL 33569

Indian River National Bank
3895 29th Square
Vero Beach, FL 33296

J. Guerne Landscaping, Inc.
1498 SE Vesthaven Circle
Port Saint Lucie, FL 34952

J. R. Trucking d/b/a
Al's Excavating
P.O. Box 1271
Stuart, FL 34995

James M. Weir
Bobcat Service, LLC
P.O. Box 1638
Palm City, FL 34991

Jimmy's Sanitary Service
c/o Ethan & Associates
800 N. Causeway Blvd.
3rd Floor
Mandeville, LA 70448

K & K Electric
2517 Country Club Rd.
Sanford, FL 32771

K & K Electric
c/o Erik F. Szabo, Esq.
185 Waymont Court
Lake Mary, FL 32746

L.G. Carpentry, Inc.
P.O. Box 82524
Tampa, FL 33618

L.L. T.'s Building Supplies
13201 North Nebraska Ave.
Tampa, FL 33612

Laford Shakes, President
L.S. Curb Service
1917 Colson Rd.
Plant City, FL 33567

Lance Jordan
253 Maryann Dr.
Apt. # 5
Lynchburg, VA 24502

| | | |
|---|---|---|
| Lather's, Inc.<br>16687 115 Avenue N<br>Jupiter, FL 33478 | Mike Brill<br>4561 SW Hammock Creek Dr.<br>Palm City, FL 34990 | Prime Rate   Premium Finance<br>P.O. Box 580016<br>Charlotte, NC 28258-0016 |
| Lawrence J. Spiegel, Esq.<br>Spiegel & Utrera, P.A.<br>P.O. Box 450605<br>Miami, FL 33245-0605 | MMB Enterprises<br>2360 Rivergate Parkway<br>Port Saint Lucie, FL 34952 | Prime Rate Premium Finance<br>2141 Enterprise Dr.<br>P.O. Box 100507<br>Florence, SC 29501 |
| Lonesome Dove, Inc.<br>7219 Mystic Way<br>Port Saint Lucie, FL 34986 | Modern Welding co.<br>1450 East Parrish Avenue<br>Owensboro, KY 42302 | Prime Rate Premium Finance C<br>P.O. Box 100507<br>Florence, SC 29502 |
| M & M Concrete Cutting, Inc.<br>2107 Trowbridge Rd.<br>Fort Pierce, FL 34945 | Nelson Des Champs Trucking<br>16667 Holland Lane<br>Spring Hill, FL 34610 | ProBuild East LLC<br>P.O. Box 14548<br>Saint Petersburg, FL 33733-4548 |
| Majestic Metals Sheet Metal Roofing, Inc.<br>9629 Ware Circle<br>Tampa, FL 33619 | North and Company CPA's<br>c/o Gulf Coast Collection Bu<br>5630 Marquesas Circle<br>Sarasota, FL 34233-3331 | ProBuild East LLC<br>Attn: Terry Smith<br>3300 Fairfield Ave. S.<br>Saint Petersburg, FL 33712 |
| Martha Moubarak<br>16103 Cadbury Ct.<br>Tampa, FL 33647 | Nudura Coporation<br>27 Hooper Rd.<br>Unit 10<br>Harrie, ON | Radiant Gas Station<br>1320 E. 9th Avenue<br>Tampa, FL 33605 |
| Mauro Rountmove<br>6526 Manila Plam Way<br>Apollo Beach, FL 33572 | Nudura Corporation<br>c/o Receivables Control Corp<br>P.O. Box 9658<br>Minneapolis, MN 55440-9658 | Raymond Caito<br>c/o Timothy Woodward, Esq.<br>4301 Anchor Place Parkway<br>Suite 300<br>Tampa, FL 33634 |
| Mid Continent Casualty Co<br>c/o Bruce Schiller, Esq.<br>1489 W. Plametto Park Rd.<br>Suite 405<br>Boca Raton, FL 33486 | Parrack Construction<br>5345 23rd St.<br>Zephyrhills, FL 33542 | Receivable Management Serv<br>4836 Brecksville Rd.<br>Richfield, OH 44286 |
| Mid-Continent Casualty Co<br>P.O. Box 1409<br>Tulsa, OK 74101-1409 | Pinnacle Development<br>10400 Griffin Rd.<br>Suite 106<br>Cooper City, FL 33328 | Red Iron Fabrication, Inc.<br>1601 S. E. Village Green Dr.<br>Port Saint Lucie, FL 34952 |

| | | |
|---|---|---|
| Richard Jeff Welding Service<br>488 SW Voltair Terrace<br>Port Saint Lucie, FL 34984 | Spiegel & Utrera, P.A.<br>P.O. Box 450605<br>Miami, FL 33245 | Terry Suttemiller<br>457 Sandridge Dr.<br>Valrico, FL 33594 |
| Richard Lucarelli<br>1324 Seven Springs Blvd.<br>#383<br>New Port Richey, FL 34655 | SteelTec<br>2908 Spring Hammock Dr.<br>Plant City, FL 33566-0375 | The Flying Marlin, LLC<br>d/b/a Guy Harvey's Island<br>760 North Colier Blvd.<br>Unit 109<br>Marco Island, FL 34145 |
| Ritz Safety, LLC<br>519 U.S. Highway 301 S.<br>Tampa, FL 33619 | SteelTec Construction Management, LLC<br>3901 Roswell Rd.<br>Suite 111<br>Marietta, GA 30062 | Thomas McGee, L.C.<br>P.O. Box 419013<br>Kansas City, MO 64141-6013 |
| Rivergate Chevron<br>2360 S.E. Rivergate Pkwy<br>Palm City, FL 34990 | SteelTec, Inc.<br>3901 Roswell Rd.<br>Suite 111<br>Marietta, GA 30062 | TJ Truss Corp<br>2801 Industrial Avenue 2<br>Fort Pierce, FL 34946 |
| Robertson Glass<br>& Door Service, Inc.<br>333 Falkenburg Rd.<br>Suite E-502<br>Tampa, FL 33619 | Stiles Engineering<br>404 SW Camden Ave.<br>Stuart, FL 34994 | Traditional Concrete<br>W 142 N9110 Fountain Blvd.<br>Menomonee Falls, WI 53052 |
| SEI<br>16105 N. Florida Ave.<br>Suite B<br>Lutz, FL 33549 | Sunshine Land Design, Inc.<br>P.O. Box 559<br>Port Salerno, FL 34992 | Traditional Concrete<br>c/o Stven Sprechman, Esq.<br>2775 Sunny Isles Blvd.<br>Suite 100<br>Tampa, FL 33610 |
| Skyline Builders & Developer<br>2845 W. King Street<br>Suite305<br>Cocoa, FL 32926 | Super Service Inc.<br>c/o Stephen D. Marlowe, Esq.<br>1560 W. Cleveland St.<br>Tampa, FL 33606 | Tree Mart Inc.<br>12505 N. Nebraska Ave.<br>Tampa, FL 33612 |
| Sonny Glasbrenner, Inc.<br>3565 126th Avenue North<br>Clearwater, FL 33762 | Super Service, Inc.<br>11644 Uradco Place<br>San Antonio, FL 33576 | Turner Wall Systems, Inc.<br>4602 26th Street W.<br>Bradenton, FL 34207 |
| Speedlane Liquors, Inc.<br>d/b/a Taiga Bar & Restaurant<br>10313 Causeway Blvd.<br>Tampa, FL 33619 | TECO<br>P.O. Box 111<br>Tampa, FL 33601 | United Rentals<br>6125 Lakeview Rd.<br>Suite 300<br>Charlotte, NC 28269 |

UnitedHealthcare
Dept. CH 10151
600500151C0009
Palatine, IL 60055


UnitedHealthcare
Dept CH 10151
Palatine, IL 60055


Universal Engineering Scienc
3802 Palm River Rd.
Tampa, FL 33619


US Lawns of North Tampa
3223 County Line Rd. East
Lutz, FL 33559


US Lawns of North Tampa
P.O. Box 4688
Clearwater, FL 33758


Waste Managment Commercial
c/o RMS
P.O. Box 523
Richfield, OH 44286


WBB, Inc.
d/b/a Apollo Beach Mini Stor
313 Apollo Beach Blvd.
Apollo Beach, FL 33572


White Cap Construction Sup
501 W. Church St.
Orlando, FL 32805-2247


Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IL 60693

# United States Bankruptcy Court
## Middle District of Florida

In re __Apollo Beach Enterprises, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ 2,000.00 |
    | Prior to the filing of this statement I have received | $ 2,000.00 |
    | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **James R. Smith**

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Does not include adversary proceedings, contested matters or discovery in anticipation of the same.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _9-28-09_

Bernard J. Morse 462251
Morse & Gomez, P.A.
11268 Winthrop Main Street
Suite 102
Riverview, FL 33578
813-341-8400  Fax: 813-463-1807
bmorse@morsegomez.com

---

# United States Bankruptcy Court
## Middle District of Florida

In re   __Apollo Beach Enterprises, Inc.__

Debtor(s)

Case No. _____

Chapter   __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Apollo Beach Enterprises, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__4/28/09__

Date

Bernard J. Morse 462251

Signature of Attorney or Litigant

Counsel for   Apollo Beach Enterprises, Inc.

Morse & Gomez, P.A.
11268 Winthrop Main Street
Suite 102
Riverview, FL 33578
813-341-8400 Fax:813-463-1807
bmorse@morsegomez.com